USCA1 Opinion

 

 September 12, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1637 GEORGE BAKALIS, Plaintiff, Appellant, v. GUNARS RUTKOVSKIS, ELIZABETH R. O'DONNELL AND PETER M. LAURIAT, Defendants, Appellees. ___________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. William G. Young, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ George Bakalis on brief pro se. ______________ ____________________ ____________________ Per Curiam. We affirm the dismissal of plaintiff's __________ action for the reasons stated in the district court's April 3, 1996 memorandum and order. For the reasons stated by the district court, we can not review the state court's dismissal of plaintiff's action. As for plaintiff's allegations about the library's refusal to accept his papers and the city attorney's actions, they do not state any claim for which relief may be granted in a federal court. Affirmed. Loc. R. 27.1. ________ -2-